```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF HAWAII

ROBERT W. WALTER,              )    CIVIL NO. 06-00568 SOM/KSC
                               )
          Plaintiff,           )    ORDER REGARDING NOTICE OF
                               )    APPEAL
     vs.                       )
                               )
RICHARD C. DRAYSON, et al.,    )
                               )
                               )
          Defendants.          )
_____)
```

ORDER REGARDING NOTICE OF APPEAL

On June 22, 2007, Plaintiff Robert W. Walter, an out-of-state attorney proceeding before this court pro se, filed a Notice of Appeal to the Ninth Circuit Court of Appeals from Magistrate Judge Kevin S.C. Chang's Order Denying Plaintiff's Motion for Modification of Rule 16 Scheduling Order. That order denied Walter's request to modify the scheduling order to require Defendants to produce certain documents in discovery.

The court considers Walter's June 22, 2007, Notice of Appeal to be an unjustifiable attempt to delay the motions to dismiss scheduled to be heard by this court on July 2, 2007, and to burden Defendants with more litigation. Walter's Notice of Appeal prematurely attempts to appeal to the Ninth Circuit an interlocutory discovery order issued by a Magistrate Judge. U.S. v. Fei Ye, 436 F.3d 1117, 1122 (9th Cir. 2006) ("Discovery orders are generally interlocutory and nonappealable under 28 U.S.C. § 1291."). In fact, Walter may not appeal Magistrate Judge

Chang's nondispositive discovery order to the Ninth Circuit without first filing objections to that order with this district judge. <u>Simpson v. Lear Astronics Corp.</u>, 77 F.3d 1170, 1174 (9th Cir. 1996) ("a party who fails to file timely objections to a magistrate judge's nondispositive order with the district judge to whom the case is assigned forfeits its right to appellate review of that order").

Walter's premature appeal of a nonappealable interlocutory discovery order does not divest this court of jurisdiction. <u>See</u> <u>Ruby v. Sec'y of U. S. Navy</u>, 365 F.2d 385, 389 (9th Cir. 1966) (en banc) ("Where the deficiency in a notice of appeal, by reason of untimeliness, lack of essential recitals, or reference to a non-appealable order, is clear to the district court, it may disregard the purported notice of appeal and proceed with the case, knowing that it has not been deprived of jurisdiction."); <u>accord</u> <u>Hoffman for & on Behalf of N.L.R.B. v. Beer Drivers & Salesmen's Local Union No. 888, Intern. Broth. of</u>

Teamsters, Chauffeurs, Warehousemen & Helpers of Am., 536 F.2d 1268, 1273 (9th Cir. 1976) ("an appeal from a nonappealable order does not deprive a district court of jurisdiction").

        IT IS SO ORDERED.

        DATED:  Honolulu, Hawaii, June 25, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Robert W. Walter v. Richard C. Drayson, et al., Civ. No. 06-00568 SOM/KSC; Order Regarding Notice of Appeal