IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROBERT W. WALTER, | ) | CV 06-00568 SOM-KSC |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| RICHARD C. DRAYSON, | ) | |
| Individually; ELIZABETH | ) | |
| WALTER, Individually; KAREN | ) | |
| TEMPLE, ATTORNEY AT LAW | ) | |
| LLLC, doing business as BODDEN | ) | |
| & TEMPLE, BODDEN & TEMPLE, | ) | |
| LLLC, and KAREN M. TEMPLE | ) | |
| aka KAREN M. GRANT TEMPLE, | ) | |
| aka KAREN M. GRANT, | ) | |
| Individually, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING TWO REPORTS OF SPECIAL MASTER

Two Reports of Special Master having been filed and served on all parties on August 16, 2007 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the two Reports of Special Master are adopted as the opinions and orders of this court.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; September 11, 2007.



/s/Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

cc: all parties of record

Walter v. Drayson, et al.; Civ. No. 06-00568 SOM-KSC; ORDER ADOPTING TWO REPORTS OF SPECIAL MASTER